UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 10-CR-20044-PCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

SASHA LATAIKA WATSON,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

THE MATTER was referred to Magistrate Judge Barry L. Garber on March 3, 2010. A Report and Recommendation filed on March 3, 2010 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation of United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One of the Indictment.

DONE AND ORDERED in chambers in Miami, Florida this 15 day of March, 2010.

_____
PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

cc: All counsel of record.